**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SAIM SARWAR,
Plaintiff,

                        Case No.: 1:20-cv-14677

v.

AARAV HOSPITALITY ONE LLC,
Defendants.

_____

### Request for Refund

    Plaintiff's counsel, hereby notifies this Court that he inadvertently paid two filing fees for the same case. Due to CM/ECF quirks, Plaintiff's counsel somehow managed to file the same Complaint twice with this Court (and paid two separate filing fees for same). Please see the attached receipts for cases numbers 3:20-cv-05900 and 3:20-cv-05609 involving the same Plaintiff and same Defendant and otherwise identical complaints. Accordingly, Plaintiff respectfully requests reimbursement of $400 for the overpaid filing fees.

Respectfully submitted this October 20, 2020,

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF

1