

Tristan Gillespie <gillespie.tristan@gmail.com>

**Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT**

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Tue, Oct 20, 2020 at 9:32 AM
Reply-To: finance@njd.uscourts.gov
To: gillespie.tristan@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 5675938
Court: NEW JERSEY DISTRICT COURT
Amount: $400.00
Tracking Id: BNJDC-11527602
Approval Code: 020358
Card Number: ************1615
Date/Time: 10/20/2020 09:32:07 ET

[Quoted text hidden]